B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

Western District of Tennessee

In re  Deborah R. Brantley                  ,           Case No.  17-26571
    aka Deborah Goad Brantley
    aka Debbie Brantley
    aka Debbie R. Brantley

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Secretary of Veterans Affairs<br>c/o BSI Financial Services | Secretary of Veterans Affairs<br>c/o Ditech Financial LLC |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
  BSI Financial Services
  1425 Greenway Drive, #400
  Irving, TX  75038

Court Claim # (if known):  1
Amount of Claim:  $61,442.03
Date Claim Filed:  09/27/2017

Phone:  949.679.6696
Last Four Digits of Acct #:  6062

Phone:  888.298.7785
Last Four Digits of Acct. #:  6062

Name and Address where transferee payments should be sent (if different from above):
  BSI Financial Services,
  314 S Franklin St. P.O. Box 517
  Titusville, PA 16354

Phone:  949.679.6696
Last Four Digits of Acct #:  6062

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Evan S. Singer                         Date:  1/17/2018
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.